IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Indictment No. |
| v. | ) | |
| | ) | 4:17-cr-00208-WTM-CLR |
| DANIEL MARTIN, | ) | |
| Defendant. | ) | |

### ORDER

After having read and considered the Defendant's Motion to Place Sentencing Memorandum Under Seal of the Court in the above-styled case, the Defendant's Motion to Place Sentencing Memorandum Under Seal of the Court is GRANTED.

IT IS HEREBY ORDERED that the Sentencing Memorandum in the above-styled case be placed under seal of the Court.

SO ORDERED this 19th day of March 2019.

_____
WILLIAM T. MOORE, JR., Judge
United States District Court

Proposed Order prepared by:
Donald F. Samuel, Esq.
Counsel for the Defendant
Garland, Samuel & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305