IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
   Plaintiff, )
)
v. ) Indictment No.
)
) 4:17-cr-00208-WTM-CLR
DANIEL MARTIN, )
)
   Defendant. )

## ORDER

After having read and considered the Defendant's MOTION TO PLACE OUTLINE OF SENTENCING PRESENTATION UNDER SEAL of the Court in the above-styled case, the Defendant's Motion is GRANTED.

IT IS HEREBY ORDERED that the Defendant's OUTLINE OF SENTENCING PRESENTATION in the above-styled case be placed under seal of the Court.

SO ORDERED this 25th day of March 2019.

                              WILLIAM T. MOORE, JR., Judge
                              United States District Court

Proposed Order prepared by:
Donald F. Samuel, Esq.
Counsel for the Defendant
Garland, Samuel & Loeb, P.C.
3151 Maple Drive, N.E.
Atlanta, GA 30305