IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Case No. CR417-208-04
)
DANIEL MARTIN )

ORDER

Before the Court is Defendant Daniel Martin's Motion to Release Funds. (Document 622). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $25,000.00, with any accrued interest to: Chan Martin, 9081 Pinto Canyon Way, Roseville, CA 95747.

**SO ORDERED**, this 11th day of July 2019.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA